# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**167**
**CA 10-01375**
PRESENT: SMITH, J.P., CARNI, SCONIERS, GREEN, AND GORSKI, JJ.

---

KENWORTH OF BUFFALO, NY, INC.,
PLAINTIFF-RESPONDENT,

                          V                                    ORDER

HYDROACOUSTICS, INC.,
DEFENDANT-RESPONDENT.
---------------------------------
HYDROACOUSTICS, INC., THIRD-PARTY
PLAINTIFF-RESPONDENT,

                          V

ANTHONY J. COSTELLO & SON (MAX)
DEVELOPMENT, LLC, THIRD-PARTY
DEFENDANT-APPELLANT.

---

STEPHEN E. HALL, ROCHESTER, FOR THIRD-PARTY DEFENDANT-APPELLANT.

GROSS, SHUMAN, BRIZDLE & GILFILLAN, P.C., BUFFALO (HUGH C. CARLIN OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

UNDERBERG & KESSLER LLP, BUFFALO (COLIN D. RAMSEY OF COUNSEL), FOR DEFENDANT-RESPONDENT AND THIRD-PARTY PLAINTIFF-RESPONDENT.

---

Appeal from an order of the Supreme Court, Erie County (John M. Curran, J.), entered March 31, 2010. The order, inter alia, denied the motion of third-party defendant for summary judgment.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on June 10, 2011,

It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.

Entered:  July 1, 2011                        Patricia L. Morgan
                                              Clerk of the Court